**FILED**

PROPOSED ORDER/COVER SHEET

MAR 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Honorable Maria Elena James                 RE: Patricia Pinheiro
    U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief              DOCKET NO.: CR05-71011
      U.S. Pretrial Services Officer

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Josh Libby**                                  415-436-7501
Pretrial Services Officer Assistant             Telephone Number

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall not consume alcohol to excess and shall not use or possess any narcotic or controlled substance without a legal prescription;

B. The defendant shall participate in substance abuse counseling, if deemed necessary by Pretrial Services;

C. The defendant shall surrender all passports and travel documents and not apply for any new passports or travel documents;

D. The defendant shall comply with the conditions of her county probation.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

JUDICIAL OFFICER: MARIA-ELENA JAMES, UNITED STATES MAGISTRATE JUDGE

DATE: 3-24-06